# MICHAEL J. REDENBURG, ESQ. PC
11 Park Place, Suite 817
New York, NY 10007

MICHAEL REDENBURG
TELEPHONE: (212) 240-9465
CELL (631)748-0601
FACSIMILE: (917)591-1667
mredenburg@mjrlaw-ny.com

**OF COUNSEL**
*Osman & Smay LLP*
Stephen L. Smay – NY, MI, DC
Matthew E. Osman - MO, KS
Kathryn Starrett Rickley – MO, KS

December 11, 2015

**VIA ECF**

Hon. Gregory H. Woods
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Adam Boddie v. City of New York, et. al.
      15-cv-4275 (GHW)

Hon. Gregory H. Woods:

Plaintiff writes to respectfully request that the Court schedule an in-person status conference in this matter to discuss posture and set a discovery schedule.

By way of background, this Section 1983 case was first referred to mediation pursuant to Local Civil Rule 83.10. The mediation session was held on November 24, 2015, but was unsuccessful.

In light of the above, Plaintiff respectfully requests that the Court set down a date for an in-person conference after December 15, 2015, which is the date that the defendants' answer to Plaintiff's Amended Complaint is due, to address a scheduling order on discovery, depositions and moving forward in this matter.

Respectfully submitted,

Michael J. Redenburg